**Larry THOMPSON, Plaintiff–Appellant,**

v.

**DACCO INCORPORATED, Defendant–Appellee.**

No. 06–6089.

United States Court of Appeals, Sixth Circuit.

May 24, 2007.

BEFORE: SUHRHEINRICH, CLAY and SUTTON, Circuit Judges.

PER CURIAM.

Plaintiff–Appellant Larry Thompson appeals from the order of the district court granting summary judgment in favor of Defendant–Appellee DACCO, Inc., and denying Thompson's motion for summary judgment in this action alleging a racially hostile work environment under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, 42 U.S.C. § 1981, and the Tennessee Human Rights Act, Tenn.Code Ann. § 4-21–101, *et seq.* On appeal, Thompson argues that the district court erred in granting DACCO's motions in limine, and in granting summary judgment because there are genuine issues of material fact regarding DACCO's liability for co-worker harassment. Having reviewed the parties' briefs and the applicable law, and having had the benefit of oral argument, we conclude that this matter is **AFFIRMED** for the reasons stated in the district court's well-reasoned opinion entered on July 19, 2006.